DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Michael E Blaine, Esq. (ID #018132006)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, Bayview Loan Servicing, LLC

**Order Filed on May 12, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

    SIDNEY C. GRIMES

                Debtor.

Case No.:   16-28482-JKS

Judge:   Hon. John K. Sherwood

Chapter:   13

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

**The relief set forth on the following pages, numbered two (2) through two (2) is hereby
ORDERED.**

**DATED: May 12, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

```
DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

Michael F. Blaine, Esq. (ID #018132006)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, Bayview Loan Servicing, LLC
```

In Re:

    SIDNEY C. GRIMES

          Debtor.

Case No.: 16-28482-JKS

Judge: Hon. John K. Sherwood

Chapter: 13

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

    WHEREAS, Bayview Loan Servicing, LLC (hereinafter "creditor") moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, herein; and

    WHEREAS, the parties have agreed to resolve the instant dispute by this Consent Order;

    NOW THEREFORE, the creditor and debtor hereby agree as follows:

    1.    That the debtor shall cure the post-petition default of $1,026.77, by making a payment to the creditor on or before May 30, 2017.

    2.    That the debtor will continue to make the regular monthly payments pursuant to the terms of the Note and Mortgage in a timely fashion commencing with the payment due on or before June 1, 2017.

    3.    In the event debtor fails to make any payment called for in this Consent Order thirty (30) days of the due date, creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay to the Court and serve a copy of such certification of default upon the debtors and counsel for debtors. Fourteen (14) days after receipt of a certification of default, the Court will enter an Order

granting the creditor relief from the automatic stay unless the debtor has filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

4. The debtor shall reimburse the creditor through the Chapter 13 Plan for its attorneys' fees in the amount of $350.00 and costs of $181.00 for bringing the motion for relief from the automatic stay.

| | |
|---|---|
| _____ | _____ |
| Michael E Blaine, Esq. | Nicholas Fitzgerald, Esq. |
| Attorneys for Creditor | Attorney for Debtor |
| Schiller, Knapp, Lefkowitz & Hertzel, LLP | Fitzgerald & Associates |
| 30 Montgomery Street, Suite 1205 | 649 Newark Ave |
| Jersey City, New Jersey 07302 | Jersey City, New Jersey 07306 |
| | |
| Date: May 12, 2017 | Date: May 12, 2017 |