DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Michael E Blaine, Esq. (ID #018132006)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, Bayview Loan Servicing, LLC

**Order Filed on May 12, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

    SIDNEY C. GRIMES

               Debtor.

Case No.:  16-28482-JKS

Judge:  Hon. John K. Sherwood

Chapter:  13

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: May 12, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

Michael F. Blaine, Esq. (ID #018132006)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, Bayview Loan Servicing, LLC

In Re:

    SIDNEY C. GRIMES

        Debtor.

Case No.: 16-28482-JKS

Judge: Hon. John K. Sherwood

Chapter: 13

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

WHEREAS, Bayview Loan Servicing, LLC (hereinafter "creditor") moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, herein; and

WHEREAS, the parties have agreed to resolve the instant dispute by this Consent Order;

NOW THEREFORE, the creditor and debtor hereby agree as follows:

1. That the debtor shall cure the post-petition default of $1,026.77, by making a payment to the creditor on or before May 30, 2017.

2. That the debtor will continue to make the regular monthly payments pursuant to the terms of the Note and Mortgage in a timely fashion commencing with the payment due on or before June 1, 2017.

3. In the event debtor fails to make any payment called for in this Consent Order thirty (30) days of the due date, creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay to the Court and serve a copy of such certification of default upon the debtors and counsel for debtors. Fourteen (14) days after receipt of a certification of default, the Court will enter an Order

granting the creditor relief from the automatic stay unless the debtor has filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

4. The debtor shall reimburse the creditor through the Chapter 13 Plan for its attorneys' fees in the amount of $350.00 and costs of $181.00 for bringing the motion for relief from the automatic stay.

Michael E Blaine, Esq.
Attorneys for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302

Date: May 12, 2017

Nicholas Fitzgerald, Esq.
Attorney for Debtor
Fitzgerald & Associates
649 Newark Ave
Jersey City, New Jersey 07306

Date: May 12, 2017

United States Bankruptcy Court
District of New Jersey

In re:  
Sidney C Grimes  
    Debtor

Case No. 16-28482-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 12, 2017  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2017.  
db         +Sidney C Grimes,   740 Vose Ave, Apt B-3,   Orange, NJ 07050-1063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2017 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Interested Party    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Michael E. Blaine    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC mblaine@schillerknapp.com, tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com  
        Nicholas Fitzgerald    on behalf of Debtor Sidney C Grimes nickfitz.law@gmail.com  
        Robert J. Flanagan    on behalf of Creditor    CKC Condominium Association, Inc. c/o Cooper Real Estate Management rflanagan@greenbaumlaw.com  
                                                                                                                                          TOTAL: 6