UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq. (NF/6129)
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ  07306
(201) 533-1100
Attorney for Debtor

Order Filed on August 1, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Sidney C. Grimes

| | |
|---|---|
| Case No.: | 16-28482 |
| Chapter: | 13 |
| Judge: | Sherwood |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is ORDERED.

**DATED: August 1, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _Fitzgerald & Assoc PC_, the applicant, is allowed a fee of $ 400 for services rendered and expenses in the amount of $ 0 for a total of $ 400. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ 706 per month for (beginning on August 1, 2017), 51_ months to allow for payment of the above fee.

*rev.8/1/15*