| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br><br>Nicholas Fitzgerald, Esq. (NF/6129)<br>Fitzgerald & Associates, P.C.<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>(201) 533-1100<br>Attorney for Debtor | Order Filed on August 1, 2017 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>Sidney C. Grimes | Case No.: 16-28482<br>Chapter: 13<br>Judge: Sherwood |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is ORDERED.

**DATED: August 1, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _Fitzgerald & Assoc PC_, the applicant, is allowed a fee of $ 400 for services rendered and expenses in the amount of $ 0 for a total of $ 400 . The allowance is payable:

&boxtimes; through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ 706 per month for (beginning on August 1, 2017), 51_ months to allow for payment of the above fee.

2

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Sidney C Grimes  
    Debtor

Case No. 16-28482-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 01, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2017.  
db          +Sidney C Grimes,    740 Vose Ave, Apt B-3,    Orange, NJ 07050-1063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2017 at the address(es) listed below:

       Denise E. Carlon    on behalf of Interested Party    Bayview Loan Servicing, LLC  
        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Michael E. Blaine    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC mblaine@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com  
       Nicholas Fitzgerald    on behalf of Debtor Sidney C Grimes nickfitz.law@gmail.com  
       Robert J. Flanagan    on behalf of Creditor    CKC Condominium Association, Inc. c/o Cooper Real Estate Management rflanagan@greenbaumlaw.com  
       Sarah J. Crouch    on behalf of Debtor Sidney C Grimes nickfitz.law@gmail.com, nadiafinancial@gmail.com;r53165@notify.bestcase.com

                                                                                                       TOTAL: 7