UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

FITZGERALD & ASSOCIATES, PC
Jenee K. Ciccarelli, Esq. (JC 0693)
649 Newark Ave.
Jersey City, NJ 07306
(210) 533-1100
Attorney for Debtor

| | |
|---|---|
| In Re:<br><br>  Sidney C. Grimes,<br><br>Debtor | Case No.:        ___16-28482_____<br><br>Judge:            ___Sherwood_____<br><br>Chapter:              13 |

## CHAPTER 13 DEBTOR=S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.      ☐ Motion for Relief from the Automatic Stay filed by _____ ,
creditor,

A hearing has been scheduled for _____, at _____.

☒ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____December 14, 2017_____,
at ____11:00am_____.

☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.      I oppose the above matter for the following reasons (**choose one**):

☐ Payments have been made in the amount of $ _____, but have not
been accounted for.  Documentation in support is attached.

☐  Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☒  Other (**explain your answer**):

The proof of claim filed by Duetsche Bank (Ocwen Loan Servicing) should be expunged. I do not owe that debt. I did not sign the Note. I do not live at the property. My wife, Sheena Grimes, lives at the property and pays the mortgage.  We are legally married but separated.  In 2008, we refinanced the property, I signed the mortgage only, not the note and I am not obligated on the loan.

3.  This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.  I certify under penalty of perjury that the above is true.

Date: _12/8/17_____        _____
                                     Debtor=s Signature

Date: _____        _____
                                     Debtor=s Signature

**NOTES:**

1.  Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2.  Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

**Bank of America** ▶▶▶

Cashier's Check

No. 1533307678

Notice to Purchaser — In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days

30-1/1140
NTX

Date 12/08/17 09:28:02 AM

SOUTH ORANGE

0002      0096646      0022

Pay ▷▷▷ **BANK OF AMERICA** FOUR EIGHT ZERO ZERO CTSCTS

**$4,800.00**

**Four Thousand Eight Hundred and 00/100 Dollars**

To The
Order Of    COOPER REAL ESTATE MANAGEMENT

Remitter (Purchased By):   SIDNEY C GRIMES

Bank of America, N.A.
SAN ANTONIO, TX

AUTHORIZED SIGNATURE

⑈ 7678 ⑈  ⑆ 0019 ⑉  36097 ⑈

■ THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.  ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.  ■