Jenee K. Ciccarelli, Esq. (JC 0693)
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
Attorney for Debtor

Order Filed on January 17, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

United States Bankruptcy Court
District of New Jersey
-----------------------------x
In re:

    Sydney Grimes,

    Debtor

-----------------------------x

Chapter 13

Case No.: 16-28482-JKS

**ORDER EXPUNGING PROOF OF CLAIM #4 FILED BY DUETSCHE BANK**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 17, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Sydney Grimes
Case Number: 16-28482
Caption: ORDER EXPUNGING PROOF OF CLAIM FILED BY DEUTSCHE BANK NATIONAL TRUST COMPANY
------------------------------------------------------------

THIS MATTER having been opened to the Court by Fitzgerald & Associates, P.C. the debtor's counsel, upon the debtor's Motion for an Order expunging the proof of claim #4 filed by Deutsche Bank National Trust Company and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED**, that the proof of claim #4 in the amount of $$174,467.27, submitted by Duetsche Bank National Trust Company is hereby disallowed and expunged with prejudice.