Jenee K. Ciccarelli, Esq. (JC 0693)
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
Attorney for Debtor

Order Filed on January 17, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

United States Bankruptcy Court
District of New Jersey
------------------------------x
In re:

    Sydney Grimes,

    Debtor

------------------------------x

Chapter 13

Case No.: 16-28482-JKS

ORDER EXPUNGING PROOF OF CLAIM #4 FILED BY DUETSCHE BANK

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 17, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Sydney Grimes
Case Number: 16-28482
Caption: ORDER EXPUNGING PROOF OF CLAIM FILED BY DEUTSCHE BANK NATIONAL TRUST COMPANY
_____

THIS MATTER having been opened to the Court by Fitzgerald & Associates, P.C. the debtor's counsel, upon the debtor's Motion for an Order expunging the proof of claim #4 filed by Deutsche Bank National Trust Company and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED**, that the proof of claim #4 in the amount of $$174,467.27, submitted by Duetsche Bank National Trust Company is hereby disallowed and expunged with prejudice.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-28482-JKS
Sidney C Grimes                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 1           Date Rcvd: Jan 17, 2018
                       Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
db             +Sidney C Grimes,    740 Vose Ave, Apt B-3,    Orange, NJ 07050-1063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Interested Party    Bayview Loan Servicing, LLC
       dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Kevin M. Buttery    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
       bkyefile@rasflaw.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Michael E. Blaine    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC mblaine@schillerknapp.com,
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com
      Miriam Rosenblatt    on behalf of Creditor    Deutsche Bank National Trust Company
       bkyecf@rasflaw.com,  mrosenblatt@rasflaw.com
      Miriam Rosenblatt    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee for
       Harborview Mortgage Loan 2006-14 bkyecf@rasflaw.com,  mrosenblatt@rasflaw.com
      Nicholas Fitzgerald    on behalf of Debtor Sidney C Grimes nickfitz.law@gmail.com
      Robert J. Flanagan    on behalf of Creditor    CKC Condominium Association, Inc. c/o Cooper Real
       Estate Management rflanagan@greenbaumlaw.com
      Sarah J. Crouch    on behalf of Debtor Sidney C Grimes nickfitz.law@gmail.com,
       nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com
                                                                               TOTAL: 10