UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**Robertson, Anschutz & Schneid, PL**
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)
Attorneys for Secured Creditor

KEVIN BUTTERY, Esq. (KB - 3800)

In Re:

**Sidney C Grimes**

    **Debtor.**

Order Filed on March 28, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  16-28482-JKS

Chapter:  13

Hearing Date: March 22, 2018 at 11:00 am

Judge:  John K. Sherwood

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: March 28, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page **2**
Debtors: Sidney C. Grimes
Case No.: 16-28482-JKS
Caption of Order: **Order Vacating Stay**

---

Upon the motion of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-14, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-14 ("Secured Creditor") under 11 U.S.C. §362(a) and §1301(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Real property more fully described as:

8 Kling Street, West Orange, NJ 07052

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

Page **3**
Debtors: Sidney C. Grimes
Case No.: 16-28482-JKS
Caption of Order: **Order Vacating Stay**

---

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.