UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**Robertson, Anschutz & Schneid, PL**
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)
Attorneys for Secured Creditor

KEVIN BUTTERY, Esq. (KB - 3800)

Order Filed on March 28, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

**Sidney C Grimes**

   **Debtor.**

Case No.: 16-28482-JKS

Chapter: 13

Hearing Date: March 22, 2018 at 11:00 am

Judge: John K. Sherwood

Recommended Local Form:  ☒ Followed   ☐ Modified

**ORDER VACATING STAY**

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: March 28, 2018**

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

Page **2**
Debtors:      Sidney C. Grimes
Case No.:     16-28482-JKS
Caption of Order:  **Order Vacating Stay**

___

Upon the motion of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-14, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-14 ("Secured Creditor") under 11 U.S.C. §362(a) and §1301(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Real property more fully described as:

8 Kling Street, West Orange, NJ 07052

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

Page **3**
Debtors:      Sidney C. Grimes
Case No.:     16-28482-JKS
Caption of Order:  **Order Vacating Stay**

_____

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-28482-JKS
Sidney C Grimes                                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1            Date Rcvd: Mar 28, 2018
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2018.
db        +Sidney C Grimes,    740 Vose Ave, Apt B-3,    Orange, NJ 07050-1063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Interested Party    Bayview Loan Servicing, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkyefile@rasflaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael E. Blaine    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC mblaine@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Miriam Rosenblatt    on behalf of Creditor    Deutsche Bank National Trust Company
               bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
              Miriam Rosenblatt    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee for
               Harborview Mortgage Loan 2006-14 bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
              Nicholas Fitzgerald    on behalf of Debtor Sidney C Grimes nickfitz.law@gmail.com
              Robert J. Flanagan    on behalf of Creditor    CKC Condominium Association, Inc. c/o Cooper Real
               Estate Management rflanagan@greenbaumlaw.com
              Sarah J. Crouch    on behalf of Debtor Sidney C Grimes nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
                                                                                             TOTAL: 10