UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Select Portfolio Servicing, Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2
JILL A. MANZO, ESQ.
SPS2299
bankruptcy@fskslaw.com

---

| In Re: | Case No.: 16-28482 JKS |
|---|---|
| SIDNEY C GRIMES | Chapter: 13 |
| Debtor(s). | Judge: Honorable John K. Sherwood |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Select Portfolio Servicing, Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2</u>. This party is a party in interest in this case pursuant to a mortgage dated March 28, 2007 and recorded in the Office of the ESSEX County Clerk/Register on April 25, 2007 in Mortgage Book 12048, Page 5226, and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
                          Counsellors at Law
                          7 Century Drive - Suite 201
                          Parsippany, New Jersey 07054

    DOCUMENTS:

    ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

    ☒ All documents and pleadings of any nature.

                                                   **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                                   Attorneys for Select Portfolio Servicing, Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2

Dated: <u>November 10, 2021</u>        By: <u>/S/ JILL A MANZO</u>
                                                          JILL A. MANZO, ESQ.

Case No.: 16-28482 JKS