**STARK & STARK**
A Professional Corporation
Joseph H. Lemkin, Esq. (jlemkin@stark-stark.com)
P.O. Box 5315
Princeton NJ 08543-5315
Tel: 609-791-7022
Facsimile: 609-895-7395

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>Sidney C. Grimes,<br><br>　　　　　　Debtor. | Chapter 13<br><br>Case No.  16-28482 (JKS) |

**NOTICE OF SUBSTITUTION OF ATTORNEY**

**PLEASE TAKE NOTICE** under D.N.J. LBR 9010-2, the undersigned notifies the Court that Stark & Stark, PC will be substituted as attorney of record for Creditor, CKC Condominium Association, Inc., in this case.

|  |  |
|---|---|
|  | **STARK & STARK**<br>A Professional Corporation |
| Date:   January 31, 2022 | */s/ Joseph H. Lemkin*<br>Joseph H. Lemkin<br>Signature of Substituted Attorney |
|  | **Cutolo Barros, LLC** |
| Date:   January 32, 2022 | *Joseph A. Kutschman III*<br>Joseph A. Kutschman III, Esq.<br>Signature of Former Attorney |

1