Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF FEBRUARY 10, 2022

**Chapter 13 Case # 16-28482**

Re:   SIDNEY C GRIMES                                    Atty:   FITZGERALD & ASSOCIATES PC
      740 VOSE AVE, APT B-3                                      649 NEWARK AVE
      ORANGE, NJ  07050                                          JERSEY CITY, NJ  07306

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $42,270.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/11/2016 | $697.00 | 24075033906 | 11/09/2016 | $698.00 | 24075081887 |
| 12/08/2016 | $698.00 | 24220615061 | 01/10/2017 | $698.00 | 24148797232 |
| 02/14/2017 | $698.00 | 24220695330 | 03/08/2017 | $698.00 | 24438223394 |
| 04/11/2017 | $698.00 | 24438259440 | 05/09/2017 | $698.00 | 24504026040 |
| 06/07/2017 | $698.00 | 24504044670 | 07/05/2017 | $698.00 | 24504091233 |
| 08/01/2017 | $698.00 | 24662951370 | 09/06/2017 | $716.00 | 23867628715 |
| 10/11/2017 | $706.00 | 23867667360 | 11/07/2017 | $706.00 | 23867636286 |
| 12/05/2017 | $706.00 | 24774668605 | 01/03/2018 | $706.00 | 24774681227 |
| 02/06/2018 | $706.00 | 24881570335 | 03/07/2018 | $706.00 | 24940322054 |
| 04/09/2018 | $706.00 | 25007448003 | 05/10/2018 | $706.00 | 25007488795 |
| 06/08/2018 | $706.00 | 25207726555 | 07/10/2018 | $706.00 | 25207762162 |
| 08/07/2018 | $706.00 | 25382817966 | 09/11/2018 | $706.00 | 25246480994 |
| 10/10/2018 | $706.00 | 25480714544 | 11/07/2018 | $706.00 | 25480754886 |
| 12/11/2018 | $706.00 | 25480789582 | 01/08/2019 | $706.00 | 25637033665 |
| 02/07/2019 | $706.00 | 25630805632 | 03/12/2019 | $706.00 | 25796736628 |
| 04/09/2019 | $706.00 | 25796765957 | 05/07/2019 | $706.00 | 25954381912 |
| 06/25/2019 | $706.00 | 25929089561 | 07/05/2019 | $706.00 | 26047560521 |
| 08/06/2019 | $706.00 | 26116102146 | 09/10/2019 | $706.00 | 26208624306 |
| 10/11/2019 | $706.00 | 26208661331 | 11/08/2019 | $706.00 | 26208698297 |
| 12/16/2019 | $706.00 | 26384147954 | 01/14/2020 | $706.00 | 26384199930 |
| 02/11/2020 | $706.00 | 26484626294 | 03/10/2020 | $706.00 | 26176989330 |
| 04/07/2020 | $706.00 | 26628212351 | 05/05/2020 | $706.00 | 26628251490 |
| 06/09/2020 | $706.00 | 26628295847 | 07/15/2020 | $706.00 | 26832631691 |
| 08/12/2020 | $706.00 | 26832667162 | 09/14/2020 | $706.00 | 26652399232 |
| 10/14/2020 | $706.00 | 26851340812 | 11/17/2020 | $706.00 | 26851389006 |
| 12/16/2020 | $706.00 | 27093630958 | 02/17/2021 | $706.00 | 27337201020 |
| 04/02/2021 | $706.00 | 27337275966 | 04/13/2021 | $706.00 | 27265831536 |
| 05/18/2021 | $706.00 | 27265842123 | 06/09/2021 | $706.00 | 27265852416 |
| 07/08/2021 | $706.00 | 27265869652 | 09/28/2021 | $706.00 | 27681801164 |
| 11/09/2021 | $706.00 | 27681806733 | 11/19/2021 | $1,401.00 | 1533312454 |

**Chapter 13 Case # 16-28482**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/18/2022 | $706.00 | 27885315003 | | | |

**Total Receipts: $43,682.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $43,682.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,518.24 | |
| ATTY | ATTORNEY | ADMIN | 3,400.00 | 100.00% | 3,400.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | UNITED STATES BANKRUPTCY COURT | UNSECURED | 1,741.31 | * | 0.00 | |
| 0002 | CKC CONDOMINIUM ASSOCIATION INC. | SECURED | 30,985.30 | 100.00% | 30,985.30 | |
| 0007 | FEDERAL HOME LOAN MORTGAGE CORP | MORTGAGE ARRE | 2,313.64 | 100.00% | 2,313.64 | |
| 0008 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | ONLINE COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | SOUTHWEST CREDIT SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | UNITED STATES BANKRUPTCY COURT | UNSECURED | 1,709.75 | * | 322.95 | |
| 0013 | DEUTSCHE BANK NATIONAL TRUST COM | MORTGAGE ARRE | 1,140.60 | 100.00% | 1,140.60 | |

**Total Paid: $40,680.73**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BAYVIEW LOAN SERVICING | | | | | | |
| | 12/17/2018 | $46.76 | 815580 | 01/14/2019 | $46.76 | 817498 |
| | 02/11/2019 | $46.76 | 819392 | 03/18/2019 | $46.76 | 821358 |
| | 04/15/2019 | $46.76 | 823391 | 05/20/2019 | $46.76 | 825366 |
| | 06/17/2019 | $47.61 | 827399 | 07/15/2019 | $47.61 | 829248 |
| | 08/19/2019 | $47.61 | 831201 | 09/16/2019 | $47.61 | 833232 |
| | 10/21/2019 | $48.85 | 835237 | 11/18/2019 | $47.01 | 837327 |
| | 12/16/2019 | $47.01 | 839268 | 01/13/2020 | $47.01 | 841145 |
| | 02/10/2020 | $87.63 | 843023 | 03/16/2020 | $81.46 | 844927 |
| | 04/20/2020 | $42.21 | 846877 | 05/18/2020 | $74.59 | 848790 |
| | 06/15/2020 | $37.69 | 850472 | 07/20/2020 | $96.78 | 852259 |
| | 08/17/2020 | $33.92 | 854133 | 09/21/2020 | $33.92 | 855939 |
| | 10/19/2020 | $33.92 | 857826 | | | |
| CKC CONDOMINIUM ASSOCIATION INC. | | | | | | |
| | 02/10/2020 | $1,228.22 | 843124 | 03/16/2020 | $1,210.11 | 845027 |
| | 04/20/2020 | $627.08 | 846978 | 05/18/2020 | $1,183.09 | 848870 |
| | 06/15/2020 | $597.71 | 850557 | 07/02/2020 | ($1,210.11) | 845027 |
| | 07/20/2020 | $1,766.38 | 852357 | 08/17/2020 | $619.13 | 854223 |
| | 09/21/2020 | $619.13 | 856038 | 10/19/2020 | $619.13 | 857918 |
| | 11/16/2020 | $619.13 | 859715 | 12/21/2020 | $619.13 | 861535 |
| | 01/11/2021 | $619.13 | 863319 | 03/15/2021 | $619.13 | 866846 |
| | 04/19/2021 | $619.13 | 868542 | 05/17/2021 | $619.13 | 870438 |
| | 06/21/2021 | $629.16 | 872246 | 07/19/2021 | $629.17 | 874043 |
| | 08/16/2021 | $629.16 | 875726 | 10/18/2021 | $11.16 | 879237 |
| | 10/18/2021 | $322.95 | 879237 | 12/13/2021 | $641.90 | 882580 |
| | 01/19/2022 | ($641.90) | 882580 | | | |

**Chapter 13 Case # 16-28482**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CKC CONDOMINIUM ASSOCIATION | | | | | | | |
| | 06/19/2017 | $610.68 | 781531 | | 07/17/2017 | $610.68 | 783561 |
| | 08/14/2017 | $238.78 | 785340 | | 09/25/2017 | $1,263.08 | 787245 |
| | 11/20/2017 | $87.45 | 790837 | | 12/18/2017 | $87.45 | 792788 |
| | 01/22/2018 | $1,235.37 | 794606 | | 03/19/2018 | $617.69 | 798354 |
| | 04/16/2018 | $617.69 | 800223 | | 05/14/2018 | $620.97 | 802142 |
| | 06/18/2018 | $620.97 | 804053 | | 07/16/2018 | $620.97 | 806030 |
| | 08/20/2018 | $620.97 | 807936 | | 09/17/2018 | $636.72 | 809907 |
| | 10/22/2018 | $636.72 | 811833 | | 11/19/2018 | $619.00 | 813787 |
| | 12/17/2018 | $619.00 | 815673 | | 01/14/2019 | $619.00 | 817598 |
| | 02/11/2019 | $619.00 | 819491 | | 03/18/2019 | $619.00 | 821459 |
| | 04/15/2019 | $619.00 | 823489 | | 05/20/2019 | $619.00 | 825467 |
| | 06/17/2019 | $630.15 | 827494 | | 07/15/2019 | $630.15 | 829345 |
| | 08/19/2019 | $630.15 | 831311 | | 09/16/2019 | $630.15 | 833334 |
| | 10/21/2019 | $646.56 | 835352 | | 11/18/2019 | $622.28 | 837435 |
| | 12/16/2019 | $622.28 | 839373 | | 01/13/2020 | $622.28 | 841239 |
| | 02/05/2020 | ($646.56) | 835352 | | 03/03/2020 | ($622.28) | 837435 |
| | 05/04/2020 | ($622.28) | 841239 | | | | |
| CKC CONDOMINIUM ASSOCIATION INC | | | | | | | |
| | 04/14/2017 | $888.84 | 777380 | | 05/15/2017 | $621.09 | 779267 |
| COMMUNITY LOAN SERVICING LLC | | | | | | | |
| | 11/16/2020 | $33.92 | 859535 | | 12/21/2020 | $33.92 | 861347 |
| | 01/11/2021 | $33.92 | 863151 | | 03/15/2021 | $33.92 | 866675 |
| | 04/19/2021 | $33.92 | 868323 | | 05/17/2021 | $33.92 | 870236 |
| | 06/21/2021 | $34.48 | 872023 | | 07/19/2021 | $34.47 | 873831 |
| | 08/16/2021 | $34.48 | 875517 | | 10/18/2021 | $0.61 | 879024 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | | | | | | | |
| | 11/20/2017 | $570.30 | 790486 | | 12/18/2017 | $570.30 | 792425 |
| M & T BANK | | | | | | | |
| | 03/19/2018 | $46.66 | 8000470 | | 04/16/2018 | $46.66 | 8000506 |
| | 05/14/2018 | $46.91 | 8000544 | | 06/18/2018 | $46.91 | 8000586 |
| | 07/16/2018 | $46.91 | 8000623 | | 08/20/2018 | $46.91 | 8000660 |
| | 09/17/2018 | $48.10 | 8000699 | | 10/22/2018 | $48.10 | 8000737 |
| | 11/19/2018 | $46.76 | 0 | | | | |
| M&T BANK | | | | | | | |
| | 04/14/2017 | $51.14 | 777996 | | 05/15/2017 | $35.73 | 779878 |
| | 06/19/2017 | $46.14 | 781870 | | 07/17/2017 | $46.14 | 783857 |
| | 08/14/2017 | $18.04 | 785646 | | 09/25/2017 | $95.42 | 787561 |
| | 11/20/2017 | $6.61 | 791140 | | 12/18/2017 | $6.61 | 793069 |
| | 01/22/2018 | $93.33 | 794894 | | | | |
| PSE&G | | | | | | | |
| | 10/18/2021 | $328.92 | 879676 | | 12/01/2021 | ($328.92) | 879676 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: February 10, 2022.

Receipts: $43,682.00    -    Paid to Claims: $34,762.49    -    Admin Costs Paid: $5,918.24    =    Funds on Hand: $3,001.27

Base Plan Amount: $42,270.00    -    Receipts: $43,682.00    =    Total Unpaid Balance: **($1,412.00)

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.