**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sidney C Grimes<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2040<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–28482–JKS | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sidney C Grimes

3/17/22

**By the court:** John K. Sherwood
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ◆ debts that are domestic support obligations;

- ◆ debts for most student loans;

- ◆ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-28482-JKS |
| Sidney C Grimes | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 17, 2022 | Form ID: 3180W | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sidney C Grimes, 740 Vose Ave, Apt B-3, Orange, NJ 07050-1063 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| intp | + | Bayview Loan Servicing, LLC, c/o McCalla Raymer Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | + | CKC Condominium Association, Inc. c/o Cooper Real, 337 Bloomfield Avenue, Newark, NJ 07107-2405 |
| 519507598 | + | CKC Condominium Association Inc., Cutolo Barros LLC, 46-50 Throckmorton Street, Freehold, NJ 07728-1973 |
| 516416590 | + | CKC Condominium Association, Inc, 765 Vose Ave, Orange, NJ 07050-1060 |
| 516519131 | + | CKC Condominium Association, Inc., c/o Elizabeth K. Holdren, 21 Roszel Road, PO Box 5226, Princeton, NJ 08543-5226 |
| 516416592 | + | Cooper Real Estate, 337 Bloomfield Ave Suite 2, Newark, NJ 07107-2405 |
| 517129334 | | Deutsche Bank National Trust Company, Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, PO BOX 24605, West Palm Beach, FL 33416-4605 |
| 519448076 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519448077 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Federal Home Loan Mortgage Corporation, Serviced by Select Portfolio Servicing, |
| 516416593 | + | Hill Wallack LLP, Jonathan H. Katz, 21 Roszel Road, Princeton, NJ 08540-6866 |
| 516416594 | + | Imaging Consultants Essex, 94 Old Short Hills Rd, Livingston, NJ 07039-5672 |
| 516692589 | + | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444, Attn: Bankruptcy |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 17 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 17 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 17 2022 20:31:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, P.L., 6409 congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 17 2022 20:31:00 | Deutsche Bank National Trust Company, As Trustee f, Robertson, Anschutz & Schneid, P.L., Bankruptcy Department, 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487-2853 |
| 516416589 | + | EDI: AARGON.COM | Mar 18 2022 00:28:00 | Aargon Agency, 8668 Spring Mountain Rd, Las Vegas, NV 89117-4132 |
| 517902598 | + | EDI: LCIBAYLN | Mar 18 2022 00:28:00 | Bayview Loan Servicing, LLC, c/o Schiller Knapp Lefkowitz Hertzel LLP, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 516612781 | | Email/Text: camanagement@mtb.com | Mar 17 2022 20:32:00 | Bayview Loan Servicing, LLC, c/o M & T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 517902599 | + | EDI: LCIBAYLN | Mar 18 2022 00:28:00 | Bayview Loan Servicing, LLC, c/o Schiller Knapp Lefkowitz Hertzel LLP, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146, |

Case 16-28482-JKS    Doc 88    Filed 03/19/22    Entered 03/20/22 00:16:12    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2022 | Form ID: 3180W | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bayview Loan Servicing, LLC, c/o Schiller Knapp Lefkowitz Hertzel LLP 33146-1873 |
| 516416591 | | EDI: COMCASTCBLCENT | Mar 18 2022 00:28:00 | Comcast, PO Box 69, Newark, NJ 07101-0069 |
| 518999613 | + | EDI: LCIBAYLN | Mar 18 2022 00:28:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146-1873 |
| 518999612 | + | EDI: LCIBAYLN | Mar 18 2022 00:28:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146-1873 |
| 517111721 | + | Email/Text: RASEBN@raslg.com | Mar 17 2022 20:31:00 | Deutsche Bank National Trust Company, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 516803496 | + | Email/Text: RASEBN@raslg.com | Mar 17 2022 20:31:00 | Deutsche Bank National Trust Company, c/o Robertson, Anschutz & Schneid P.L., 6409 Congress Ave, Suite 100, Boca Raton, FL 33487-2853 |
| 516416595 | | Email/Text: camanagement@mtb.com | Mar 17 2022 20:32:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 516416596 | + | EDI: NAVIENTFKASMSERV.COM | Mar 18 2022 00:28:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 516416597 | + | Email/Text: bankruptcy@onlineis.com | Mar 17 2022 20:32:00 | Online Collections, Po Box 1489, Winterville, NC 28590-1489 |
| 516416598 | + | Email/Text: bankruptcy@pseg.com | Mar 17 2022 20:31:00 | PSE & G, PO Box 490, Cranford, NJ 07016-0490 |
| 519507596 | + | Email/Text: bankruptcy@pseg.com | Mar 17 2022 20:31:00 | PSE&G, Bankruptcy Department, PO Box 490, Cranford, NJ 07016-0490 |
| 516416599 | + | EDI: SWCR.COM | Mar 18 2022 00:28:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | CKC Condominium Association, Inc., Cutolo Barros LLC, 46-50 Throckmorton Street, Freehold, NJ 07728-1973 |
| cr | *+ | DEUTSCHE BANK NATIONAL TRUST COMPANY, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2022          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Interested Party Bayview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Dilks & Knopik LLC jschwartz@mesterschwartz.com |
| Jill Manzo | on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC bankruptcy@fskslaw.com |
| Jill Manzo | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 bankruptcy@fskslaw.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor BAYVIEW LOAN SERVICING LLC jdevine@tmpllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Joseph H. Lemkin | on behalf of Creditor CKC Condominium Association Inc. c/o Cooper Real Estate Management jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor CKC Condominium Association Inc. jlemkin@stark-stark.com |
| Kevin M. Buttery | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY kbuttery@moodklaw.com |
| Laura M. Egerman | on behalf of Creditor Deutsche Bank National Trust Company bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor Deutsche Bank National Trust Company As Trustee for Harborview Mortgage Loan 2006-14 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael Blaine | on behalf of Creditor BAYVIEW LOAN SERVICING LLC mikeblaine@gmail.com, mblaine@winston.com;mpolster@winston.com |
| Nicholas Fitzgerald | on behalf of Debtor Sidney C Grimes fitz2law@gmail.com |
| Richard Gerbino | on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Richard James Tracy, III | on behalf of Creditor BAYVIEW LOAN SERVICING LLC richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |

TOTAL: 17