UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

Case No.: 16-28482-JKS

Chapter 13

**In Re:**

**SIDNEY C. GRIMES,**

Hearing Date: n/a

Judge: John K. Sherwood

**Debtor**

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled     ✓ Withdrawn

Matter: Application for Payment of Unclaimed Funds

Date: April 6, 2022                    /s/ Jason Brett Schwartz
                                       Signature

*rev. 8/1/15*