Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−28482−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sidney C Grimes
   740 Vose Ave, Apt B−3
   Orange, NJ 07050

Social Security No.:
   xxx−xx−2040

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on May 10, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 95 − 91
Order Granting Application For Payment of Unclaimed Funds (Related Doc # 91). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/10/2022. (wiq)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 10, 2022
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 16-28482-JKS
Sidney C Grimes                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sidney C Grimes, 740 Vose Ave, Apt B-3, Orange, NJ 07050-1063 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2022                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Interested Party Bayview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Dilks & Knopik LLC jschwartz@mesterschwartz.com |
| Jill Manzo | on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC bankruptcy@fskslaw.com |
| Jill Manzo | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 bankruptcy@fskslaw.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor BAYVIEW LOAN SERVICING LLC jdevine@tmppllc.com, |

Case 16-28482-JKS    Doc 96    Filed 05/12/22    Entered 05/13/22 00:11:39    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: orderntc | Total Noticed: 1 |

kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Joseph H. Lemkin
    on behalf of Creditor CKC Condominium Association Inc. c/o Cooper Real Estate Management jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor CKC Condominium Association Inc. jlemkin@stark-stark.com

Kevin M. Buttery
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY kbuttery@moodklaw.com

Laura M. Egerman
    on behalf of Creditor Deutsche Bank National Trust Company As Trustee for Harborview Mortgage Loan 2006-14 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

Laura M. Egerman
    on behalf of Creditor Deutsche Bank National Trust Company bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Marie-Ann Greenberg
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Michael Blaine
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC mikeblaine@gmail.com, mblaine@winston.com;mpolster@winston.com

Nicholas Fitzgerald
    on behalf of Debtor Sidney C Grimes fitz2law@gmail.com

Richard Gerbino
    on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Richard James Tracy, III
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

TOTAL: 17