UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on May 10, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sidney C Grimes

Case No.:      16-28482-JKS

Chapter:             13

Hearing Date: _____

Judge:      Michael B. Kaplan

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is ORDERED.

**DATED: May 10, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having heard the motion filed by _____Dilks & Knopik, LLC_____, and any objections filed, it is

ORDERED that the motion is GRANTED and the amount of _____$1,000.48_____ will be forwarded to _____Dilks & Knopik, LLC_____ at the following address:

Dilks & Knopik, LLC

35308 SE Center Street

Snoqualmie WA 98065

_____

new.8/1/15

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-28482-JKS |
| Sidney C Grimes | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 10, 2022 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol　　Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sidney C Grimes, 740 Vose Ave, Apt B-3, Orange, NJ 07050-1063 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2022　　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2022 at the address(es) listed below:**

**Name**　　　　**Email Address**

Denise E. Carlon
    on behalf of Interested Party Bayview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jason Brett Schwartz
    on behalf of Creditor Dilks & Knopik LLC jschwartz@mesterschwartz.com

Jill Manzo
    on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC bankruptcy@fskslaw.com

Jill Manzo
    on behalf of Creditor Select Portfolio Servicing Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 bankruptcy@fskslaw.com

Joseph Gunnar Devine, Jr

Case 16-28482-JKS    Doc 97    Filed 05/12/22    Entered 05/13/22 00:11:39    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor BAYVIEW LOAN SERVICING LLC jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor CKC Condominium Association Inc. c/o Cooper Real Estate Management jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor CKC Condominium Association Inc. jlemkin@stark-stark.com |
| Kevin M. Buttery | |
| | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY kbuttery@moodklaw.com |
| Laura M. Egerman | |
| | on behalf of Creditor Deutsche Bank National Trust Company As Trustee for Harborview Mortgage Loan 2006-14 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | |
| | on behalf of Creditor Deutsche Bank National Trust Company bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | |
| | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Michael Blaine | |
| | on behalf of Creditor BAYVIEW LOAN SERVICING LLC mikeblaine@gmail.com, mblaine@winston.com;mpolster@winston.com |
| Nicholas Fitzgerald | |
| | on behalf of Debtor Sidney C Grimes fitz2law@gmail.com |
| Richard Gerbino | |
| | on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Richard James Tracy, III | |
| | on behalf of Creditor BAYVIEW LOAN SERVICING LLC richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |

TOTAL: 17